Kyle A. Kinney, Esq. (Bar No. 027189)
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th Street, Suite 6
Scottsdale, AZ 85257
Phone: (480) 269-7077
Fax: (480) 614-9414
Email: kyle@kinneylaw.net

*Attorney for Plaintiff*
*Collabratech Solutions, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Collabratech Solutions, LLC, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | 1. **Breach of Contract;** |
| Bancroft Holding Co.; Geo. Bancroft Engineering, LLC d/b/a Bancroft Architects + Engineers; NoviSphere, LLC; Does 1-20; Black And White Trusts 1-20; ABC Corporations 1-20; and XYZ Partnership 1-20, | 2. **Breach of Good Faith & Fair Dealing;** 3. **Common Count – Accounts Stated** 4. **Common Count – Goods and Services Rendered** |
| Defendants. | |

Comes now Plaintiff, COLLABRATECH SOLUTIONS, LLC ("CSL"), seeking damages against Defendants BANCROFT HOLDING CO., ("Bancroft Holding"); GEO. BANCROFT ENGINEERING, LLC D/B/A BANCROFT ARCHITECTS + ENGINEERS ("Bancroft A+E"); NOVISPHERE, LLC ("NoviSphere"); DOES 1-20; ABC CORPORATIONS 1-20; and XYZ PARTNERSHIPS 1-20 (together collectively as "Defendants"), that hereby alleges and avers as follows:

## PARTIES AND JURISDICTION

1.     Plaintiff, CSL, is a Delaware limited liability company qualified to do business in the State of Arizona and with its principal place of business in the State of Arizona.

2.      Defendant, Bancroft Holding, is believed to be a foreign corporation chartered by the State of Wyoming with its principal place of business in the State of Illinois.  Plaintiff is informed and believes that Bancroft Holding holds itself out to be the parent corporation of Defendants Bancroft A+E and NoviSphere.

3.      Defendant, BANCROFT ENGINEERING, LLC is believed to be a Wyoming limited liability company with its principal place of business in the State of Illinois.  BANCROFT ENGINEERING, LLC is believed to be the registered owner of the trade name BANCROFT ARCHITECTS + ENGINEERS and is believed to conduct business under this name.

4.      Defendant NoviSphere is believed to be a now-defunct Wyoming limited liability company sharing agents, employees, members, officers, directors, liabilities, assets and/or resources with Bancroft Holding and Bancroft A+E.

5.      At all times relevant herein, Plaintiff is informed and believes and thereon alleges that DOES 1-20; BLACK AND WHITE TRUSTS 1-20; ABC CORPORATIONS 1-20; and XYZ PARTNERSHIPS 1-20, are individuals or entities for which the true names, identities, and capacities, whether individual, corporation, association, partnership or otherwise, are at this time unknown to Plaintiff who therefore sues said Defendants by such fictitious names and will so amend the complaint to show the true names and capacities of such fictitiously named Defendant(s) when the same are ascertained or as proved.

6.      At all times relevant herein, Defendants and each of them as named were acting as principal, employer and/or the agent, servant, and employee of said principal(s) or employer(s), and all of the acts performed by them, or their agents, servants, and employees, were performed with the knowledge and under the control of said principal(s) or employer(s) and all such acts performed by such agents, servants and/or employees, were performed within the course and scope of their employment and/or authority and/or ratified by each principal or employee.

7.     This court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1) as there is complete diversity between Plaintiff and Defendants and Plaintiff seeks damages in excess of $75,000.

8.     Venue is proper in the United States District Court for the District of Arizona because all transactions complained of occurred within the County of Maricopa, State of Arizona; Defendants caused acts to occur within the County of Maricopa, State of Arizona where Plaintiff's principal place of business is located; and the goods and services for which Plaintiff is unpaid and complains of were rendered in the County of Maricopa, State of Arizona.

## **FACTS**

9.     Plaintiff CSL is a full-service manufacturing company that conducts its operations in Maricopa County, Arizona.

10.     As a regular part of CSL's business, other companies retain CSL to design, engineer and/or manufacture products on their behalf.

11.     In or around the summer of 2019, CSL was first introduced to Bancroft's principals including, but not limited to, Paul Jenkins ("Jenkins"), by Joe Cestari ("Cestari").

12.     In or around the spring of 2020 Cestari introduced CSL to Bancroft's UV-C air purification project, which was branded as Aero Puro (the "UV-C Project").  CSL is informed and believes that Defendant(s) had developed a certain UV-C air purification technology as well as other trade secret information that was the basis for the project.  CSL was given a prototype design, an actual prototype unit, and efficacy testing reports as a starting point to make the design manufacturable and serviceable for a cost target as defined by the consumer.

13.     In or around late spring of 2020, the branding changed from Aero Puro to NoviSphere.  However, at all times relevant, CSL was always led to believe that Bancroft was in charge of the UV-C Project regardless of its branding.

14.    Ultimately, in June 2020, CSL signed a Memorandum of Understanding ("MOU") and a Mutual Non-Disclosure Agreement ("MNDA") so that Defendants could share confidential and proprietary UV-C Project information with CSL and so that CSL in turn could inform Defendants about CSL's suggestions for manufacturing the ultimate product to be sold to consumers.    All Defendants participated in these discussions conducted under the MOU and MNDA.

15.    An agreement was reached (including with Bancroft Holding and Bancroft A+E for CSL to manufacture a UV-C air filtration product for sale to consumers (the "Product") and the amount of CSL's compensation.    This understanding between the various entities is documented in emails from Bancroft Holding and Bancroft A+E to and from CSL, as well as an initial purchase order by Bancroft A&E.

16.    In August 2020, CSL's design and next-level prototype manufacturing project launched for Defendants, and purchase order issued with the inclusion of Bancroft Holding representatives, including but not limited to, Phil Lasarsky. Multiple design reviews were held between CSL and Defendants to review design features and product cost.

17.    In October 2020, Defendants paid CSL's first invoice, and the design and next-level prototype manufacturing project was ultimately paid for in full.

18.    In the fall of 2020, and different from the design project, Defendants placed a lamp and ballast liability purchase order, pre-production unit purchase order, and an initial batch of 150 production units purchase order.

19.    Beginning in or around the winter of 2020 and into about the spring of 2021, CSL was making shipments, and Defendants paid CSL's invoices.  However, in this time frame, additional scopes of work such as carts and installation kits were added to CSL's project at Defendants' request.

20.    In or around the summer of 2021, CSL got the first indication that the Product market was not developing as Defendants' payments were stalling.

21.    With Defendants' debt to CSL mounting (and still in the summer of 2021), Bancroft Holding principal Paul Jenkins informed CSL that CSL would be made whole, but that CSL needs to continue to ship Products to Defendants so that Defendants can collect revenue to use as payment on Defendants debt to CSL.  Mr. Jenkins and CSL also discussed the need to get a formal agreement between the parties in writing, which was never completed.

22.    In the Fall of 2021, Defendants requested CSL to propose alternatives to reduce product costs which CSL provided. Defendant also directed CSL to stop orders for components. CSL made significant efforts in canceling and mitigating open liabilities.

23.    However, in around the winter of 2021, Defendants ultimately stopped responding to CSL's communications despite mounting debt.

24.    In the spring of 2022, CSL, through counsel, sent a notice of breach and demand for payment to Bancroft Holding's general counsel who only responded with bizarre requests for more information already in Defendants' possession.  Ultimately, and after receiving the information requested, Bancroft Holdings ceased communications and has refused to pay its debt to CSL.

25.    Attached hereto as **Exhibit "1"** are all the purchase orders in the following amounts (some paid in whole or in part, some unpaid in whole or in part):

        a.    September 2, 2020, in the amount of $159,915

        b.    September 9, 2020, in the amount of $11,025

        c.    September 9, 2020, in the amount of $11,025

        d.    September 9, 2020, in the amount of $1,470

        e.    September 9, 2020, in the amount of $3,675

        f.    September 9, 2020, in the amount of $7,350

        g.    September 9, 2020, in the amount of $14,700

        h.    November 5, 2020, in the amount of $70,000

        i.    November 5, 2020, in the amount of $690,000

        j.    November 24, 2020, in the amount of $10,500

     k.     November 24, 2020, in the amount of $17,000

     l.     December 18, 2020, in the amount of $232,260

     m.    February 3, 2021, in the amount of $24,250

     n.     February 3, 2021, in the amount of $15,253

     o.     February 6, 2021, in the amount of $24,990

     p.     March 11, 2021, in the amount of $2,400

     q.     March 26, 2021, in the amount of $21,793

     r.     March 31, 2021, in the amount of $1,477

26.    In addition to the above purchase orders, CSL undertook numerous other manufacturing obligations at Defendants' request, but Defendants went into breach before purchase orders could be submitted for all of the projects. A true and correct copy of each and every project undertaken by CSL at Defendants' request (including those in Exhibit 1), including a detailed summary of the agreed terms for each order, what amounts were paid, and what amounts remain outstanding, is attached hereto as **Exhibit "2"**.

27.    A copy of the spreadsheet attached as Exhibit 2 has been sent to Defendants' general counsel by Plaintiff's counsel as a form of an invoice and/or statement of account of the transaction(s) between the parties which has been ignored by Defendants.

28.    As of the date of this Complaint, and after considering some of CSL's mitigation efforts, CSL is still owed the approximate amount of $698,692.00.

29.    Plaintiff is informed and believes and thereon alleges (whether stated as a cause of action or not) that Defendants, and each of them, procured the herein described services from the Plaintiff, in whole or in part, based upon false pretenses, a false representation, or actual fraud.

30.    Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are the alter egos of each other and that there has been a commingling of assets, liabilities, and other resources between the entities and/or their principals such that an injustice would be done if the entities were treated separately.

## FIRST CAUSE OF ACTION
### [Breach of Contract]

Comes now Plaintiff, who, for a separate and distinct First Cause of Action, alleges Breach of Contract against all Defendants and seeks damages, as follows:

31.     Plaintiff repeats and realleges all prior paragraphs above and incorporates the allegations by reference as though fully set forth herein.

32.     The terms of each of Defendants' request for services from Plaintiff were clearly stated, without ambiguity, understood, and agreed between the parties as reflected in Exhibit 2.

33.     Plaintiff has performed all of the terms under the contract(s) required as requested by the Defendants as consideration in exchange for the agreed payment amounts to Plaintiff.  Alternatively, any performance not finished by CSL was excused due to the conduct/breach by Defendants.

34.     Defendants are in breach of the agreement by failure to pay the outstanding balances owed to Plaintiff as stated in Exhibit 2.

35.     Defendants' breach is material.

36.     Defendants' breach is willful.

37.     As the legal result of Defendants' breach Plaintiff has suffered compensatory damages in an amount not fully known but as proved.

38.     Plaintiff is entitled to its reasonable costs and attorney fees incurred herein pursuant to either contract and/or A.R.S. § 12-341.01 for breach of contract.

ALL FOR WHICH PLAINTIFF SEEKS RELIEF AS PRAYED BELOW

## SECOND CAUSE OF ACTION
### [Breach of Covenant of Good Faith and Fair Dealing - Contract]

Comes now Plaintiff, who, for a separate and distinct Second Cause of Action, alleges Breach of Covenant of Good Faith and Fair Dealing against all Defendants and seeks damages, as follows:

39.     Plaintiff repeats and realleges all prior paragraphs above and incorporates the allegations by reference as though fully set forth herein.

40.     Implied in every contract is an implied covenant of good faith and fair dealing.

41.     By inducing Plaintiff to continue producing and shipping products to Defendants under the auspice that Defendants would use these products to make Plaintiff whole and then ultimately refusing to pay the proceeds to Plaintiff, Defendants have denied Plaintiff the reasonably expected benefit of its bargain.

42.     As the legal result of Defendants' breach, Plaintiff has suffered compensatory damages in an amount not fully known but as proved.

43.     Plaintiff is entitled to its reasonable costs and attorney fees incurred herein pursuant to either the contract(s) and/or A.R.S. § 12-341.01 for breach of contract.

ALL FOR WHICH PLAINTIFF SEEKS RELIEF AS PRAYED BELOW

**THIRD CAUSE OF ACTION**
**[Common Count – Accounts Stated]**

Comes now Plaintiff, who, for a separate and distinct Third Cause of Action, alleges a Common Count – Accounts Stated against all Defendants for which Plaintiff seeks damages, as follows:

44.     Plaintiff repeats and realleges all prior paragraphs above and incorporates the allegations by reference as though fully set forth herein.

45.     Plaintiff made and rendered to Defendants accurate invoices and/or statements of account of the transaction(s) between said parties.  Said invoices and/or statements of account were received by Defendants, accepted, and retained by said Defendants without objection being made thereto or any item thereof.

46.     In furtherance of the services rendered, a full, just, and true account was made and stated between the Plaintiff and Defendants which shows a balance of $698,692.00 plus interest at the highest statutory rate allowed by law per annum from dates to be proven

at trial, but from at least the respective invoice dates and date Exhibit 2 was furnished for goods and services rendered by Plaintiff for Defendants.

47.    Although duly demanded, no part or portion of the $698,692.00 has been paid.  Defendants have breached the agreement with Plaintiff by failing to render payment as demanded.

48.    Plaintiff is entitled to pre-judgment and post-judgment interest pursuant to statute from the respective invoice dates and date that Exhibit 2 was furnished.

49.    Plaintiff is entitled to attorney fees and costs in an amount as proved pursuant to contract and/or A.R.S. § 12-341.01 (A) as this action grew out of contract.

ALL FOR WHICH PLAINTIFF SEEKS RELIEF AS PRAYED BELOW

**FOURTH CAUSE OF ACTION**
**[Common Count – Goods and Services Rendered]**

Comes now Plaintiff, who, for a separate and distinct Fourth Cause of Action, alleges a Common Count – Goods and Services Rendered against all Defendants for damages, as follows:

50.    Plaintiff repeats and realleges all prior paragraphs above and incorporates the allegations by reference as though fully set forth herein.

51.    Defendants requested, by words or conduct, that Plaintiff perform the services and/or deliver the goods as outlined in Exhibit 2 for the benefit of Defendants.

52.    Plaintiff fully performed the services and/or delivered and/or produced the goods as requested by Defendants or CSL's performance was excused and as outlined in Exhibit 2.

53.    The reasonable value of the goods and services provided to Defendants that remain unpaid is approximately $698,692.00.

54.    Plaintiff is entitled to pre-judgment and post-judgment interest pursuant to statute from the respective invoice dates and date that Exhibit 2 was furnished.

55.     Plaintiff is entitled to attorney fees and costs in an amount as proved pursuant to contract and/or A.R.S. § 12-341.01 (A) as this action grew out of contract.

**First Cause of Action-Breach of Contract:**

    1.     Compensatory Damages for Breach

    2.     Attorney fees pursuant to A.R.S. § 12-341.01 and/or the contract(s);

    3.     Costs to A.R.S. § 12-341.

**Second Cause of Action-Breach of Implied Covenant of Good Faith & Fair Dealing:**

    1.     Compensatory Damages for Breach;

    2.     Attorney fees pursuant to A.R.S. § 12-341.01 and/or the contract(s);

    3.     Costs to A.R.S. § 12-341.

**Third Cause of Action for Common Count – Accounts Stated**

    1.     Compensatory Damages;

    2.     Attorney fees pursuant to A.R.S. § 12-341.01 and/or the contract(s);

    3.     Costs to A.R.S. § 12-341.

**Fourth Cause of Action for Common Count – Goods & Services Rendered**

    1.     Compensatory Damages;

    2.     Attorney fees pursuant to A.R.S. § 12-341.01 and/or the contract(s);

    3.     Costs to A.R.S. § 12-341.

**For all Causes of Action:**

    1.     For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 14th day of October 2022.

LAW OFFICES OF KYLE A. KINNEY, PLLC

By:/s/Kyle A. Kinney
Kyle A. Kinney, Esq. (027189)
1717 N. 77th Street, Suite 6
Scottsdale, Arizona 85257
Attorney for Plaintiff

EXHIBIT 1

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL  60056 US
plasarsky@bancroft-ae.com

## Purchase Order

| VENDOR | SHIP TO | P.O. | 1001 |
|---|---|---|---|
| Collabratech Solutions | NOVISPHERE LLC | DATE | 09/02/2020 |
| 3451 E. Harbour Drive | 704 SOUTH NA WA TA AVENUE | | |
| Phoenix, Az 85034 | MOUNT PROSPECT, IL  60056 US | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Product Design | Phase 1 - Initial CAD Layout NRE | 1 | 32,500.00 | 32,500.00 |
| Novisphere Air Product Design | Phase 1 - Design related expenses | 1 | 5,165.00 | 5,165.00 |
| Novisphere Air Product Design | Phase 2 - Refined CAD Layout NRE | 1 | 31,250.00 | 31,250.00 |
| Novisphere Air Product Design | Phase 3 = Detailed design NRE | 1 | 27,500.00 | 27,500.00 |
| Novisphere Air Product Design | Phase 4 - Procure/Assemble/Test NRE | 1 | 1,500.00 | 1,500.00 |
| Novisphere Air Product Design | Phase 4 - Prototype Units and Related Expenses | 5 | 10,000.00 | 50,000.00 |
| Novisphere Air Product Design | Phase 5 - Manuals | 1 | 12,000.00 | 12,000.00 |
| Novisphere Air Product Design | Phase 6 - Compliance Testing | 1 | 0.00 | 0.00 |
| | Product definition, engineering, design and prototype manufacturing | | 1.00 | |

| | TOTAL | $159,915.00 |
|---|---|---|

Approved By

Date

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL  60056 US
plasarsky@bancroft-ae.com

## Purchase Order

| VENDOR | SHIP TO | P.O. | 1002 |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | DATE | 09/09/2020 |
| Collabratech Solutions | 704 SOUTH NA WA TA AVENUE | | |
| 3451 E Harbour Drive | MOUNT PROSPECT, IL  60056 US | | |
| Phoenix, Az  85034 USA | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Materials Liability | Novisphere Air Light Set - 3 Lamps Part # 61000819 and 2 Ballasts Part # 61000816 | 75 | 147.00 | 11,025.00 |

| | TOTAL | $11,025.00 |
|---|---|---|

Approved By

Date

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL  60056 US
plasarsky@bancroft-ae.com

Purchase Order

| VENDOR | SHIP TO | P.O. | 1003 |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | DATE | 09/09/2020 |
| Collabratech Solutions | 704 SOUTH NA WA TA AVENUE | | |
| 3451 E Harbour Drive | MOUNT PROSPECT, IL  60056 US | | |
| Phoenix, Az  85034 USA | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Materials Liability | Novisphere Air Light Set - 3 Lamps Part # 61000819 and 2 Ballasts Part # 61000816 | 75 | 147.00 | 11,025.00 |

| | TOTAL | $11,025.00 |
|---|---|---|

Approved By

Date

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL 60056 US
plasarsky@bancroft-ae.com

## Purchase Order

| VENDOR | SHIP TO | | P.O. | 1004 |
|---|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | | DATE | 09/09/2020 |
| Collabratech Solutions | 704 SOUTH NA WA TA AVENUE | | | |
| 3451 E Harbour Drive | MOUNT PROSPECT, IL 60056 US | | | |
| Phoenix, Az 85034 USA | | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Materials Liability | Novisphere Air Light Set - 3 Lamps Part # 61000819 and 2 Ballasts Part # 61000816 | 10 | 147.00 | 1,470.00 |

| | TOTAL | $1,470.00 |
|---|---|---|

Approved By _____

Date _____

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL  60056 US
plasarsky@bancroft-ae.com

## Purchase Order

| VENDOR | SHIP TO | P.O. | 1005 |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | DATE | 09/09/2020 |
| Collabratech Solutions | 704 SOUTH NA WA TA AVENUE | | |
| 3451 E Harbour Drive | MOUNT PROSPECT, IL  60056 US | | |
| Phoenix, Az  85034 USA | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Materials Liability | Novisphere Air Light Set - 3 Lamps Part # 61000819 and 2 Ballasts Part # 61000816 | 25 | 147.00 | 3,675.00 |

|  | TOTAL | $3,675.00 |
|---|---|---|

Approved By

Date

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL  60056 US
plasarsky@bancroft-ae.com

## Purchase Order

| VENDOR | SHIP TO | P.O. | 1006 |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | DATE | 09/09/2020 |
| Collabratech Solutions | 704 SOUTH NA WA TA AVENUE | | |
| 3451 E Harbour Drive | MOUNT PROSPECT, IL  60056 US | | |
| Phoenix, Az  85034 USA | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Materials Liability | Novisphere Air Light Set - 3 Lamps Part # 61000819 and 2 Ballasts Part # 61000816 | 50 | 147.00 | 7,350.00 |

|  | TOTAL | $7,350.00 |
|---|---|---|

Approved By

Date

**NOVISPHERE LLC**

704 SOUTH NA WA TA AVENUE
MOUNT PROSPECT, IL  60056 US
plasarsky@bancroft-ae.com

Purchase Order

| VENDOR | SHIP TO | P.O. | 1007 |
| --- | --- | --- | --- |
| Steve Lemons | NOVISPHERE LLC | DATE | 09/09/2020 |
| Collabratech Solutions | 704 SOUTH NA WA TA AVENUE | | |
| 3451 E Harbour Drive | MOUNT PROSPECT, IL  60056 US | | |
| Phoenix, Az  85034 USA | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Novisphere Air Materials Liability | Novisphere Air Light Set - 3 Lamps Part # 61000819 and 2 Ballasts Part # 61000816 | 100 | 147.00 | 14,700.00 |

| | TOTAL | $14,700.00 |
| --- | --- | --- |

Approved By

Date

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL 60007
US
ap@novi-sphere.com

Purchase Order

| VENDOR | SHIP TO | SHIP VIA | TBD | P.O. | 1010 |
|---|---|---|---|---|---|
| Steve Lemons | Lane Lasarsky | | | DATE | 11/05/2020 |
| Collabratech Solutions | NOVISPHERE LLC | | | | |
| 3451 E Harbour Drive | 700 Nicholas Blvd Ste 300 | | | | |
| Phoenix, Az 85034 USA | Elk Grove Village, IL 60007 | | | | |
| | US | | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere PE 254 Pre-production units | Product Revisions based upon design changes documented during week of Oct 19, 2020 | 10 | 5,700.00 | 57,000.00 |
| Novisphere PE 254 Product Design | NRE development costs to modify fabrication fixtures/tools, validation testing, and cover design package updates. | 1 | 13,000.00 | 13,000.00 |
| | | TOTAL | | $70,000.00 |

Approved By

Date

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

## Purchase Order

| VENDOR | SHIP TO | SHIP VIA | **TBD** | P.O | **1011** |
|---|---|---|---|---|---|
| **Steve Lemons** | Lane Lasarsky | | | DATE | 11/05/2020 |
| Collabratech Solutions | NOVISPHERE LLC | | | | |
| 3451 E Harbour Drive | 700 Nicholas Blvd Ste 300 | | | | |
| Phoenix, Az  85034 USA | Elk Grove Village, IL  60007 | | | | |
| | US | | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere PE 254<br>Production Release Units | | 150 | 4,600.00 | 690,000.00 |
| | TOTAL | | | **$690,000.00** |

Approved By

Date

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

Purchase Order

| VENDOR | SHIP TO | | |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | P.O. | 1012 |
| Collabratech Solutions | 700 Nicholas Blvd Ste 300 | DATE | 11/24/2020 |
| 3451 E Harbour Drive | Elk Grove Village, IL  60007 | | |
| Phoenix, Az  85034 USA | US | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere PE 254 Product Design | NRE for Ballast Change and Ethernet Connectivity | 1 | 9,500.00 | 9,500.00 |
| Novisphere PE 254 Product Design | Ballast Scrap Charge | 1 | 1,000.00 | 1,000.00 |
| | TOTAL | | | $10,500.00 |

Approved By

Date

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

## Purchase Order

| VENDOR | SHIP TO | | |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | P.O. | 1013 |
| Collabratech Solutions | 700 Nicholas Blvd Ste 300 | DATE | 11/24/2020 |
| 3451 E Harbour Drive | Elk Grove Village, IL  60007 | | |
| Phoenix, Az  85034 USA | US | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere PE 254 Product Design | CAD Layout(s) for Installation Options | 1 | 4,000.00 | 4,000.00 |
| Novisphere PE 254 Product Design | Engineering Calculations and Documentation for Installation | 1 | 13,000.00 | 13,000.00 |

| | TOTAL | $17,000.00 |
|---|---|---|

Approved By _____

Date _____

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

## Purchase Order

| VENDOR | SHIP TO | P.O. | 1014 |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | DATE | 12/18/2020 |
| Collabratech Solutions | 700 Nicholas Blvd Ste 300 | | |
| 3451 E Harbour Drive | Elk Grove Village, IL  60007 | | |
| Phoenix, Az  85034 USA | US | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere Air Materials Liability | Novisphere PE 254 Light Set - 3 Lamps Part # 61000857 and 2 Ballasts Part # 61000816 | 1,580 | 147.00 | 232,260.00 |
| | TOTAL | | | $232,260.00 |

Approved By

Date

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

## Purchase Order

| VENDOR | SHIP TO | P.O. | 1015 |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | DATE | 02/03/2021 |
| Collabratech Solutions | 700 Nicholas Blvd Ste 300 | | |
| 3451 E Harbour Drive | Elk Grove Village, IL  60007 | | |
| Phoenix, Az  85034 USA | US | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere PE 254 Cart | NRE | 1 | 3,000.00 | 3,000.00 |
| Novisphere PE 254 Cart | Production Units | 25 | 850.00 | 21,250.00 |
| | | TOTAL | | $24,250.00 |

Approved By

Date

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

Purchase Order

| VENDOR | SHIP TO | | P.O. | 1016 |
|--------|---------|--|------|------|
| Steve Lemons | NOVISPHERE LLC | | DATE | 02/03/2021 |
| Collabratech Solutions | 700 Nicholas Blvd Ste 300 | | | |
| 3451 E Harbour Drive | Elk Grove Village, IL  60007 | | | |
| Phoenix, Az  85034 USA | US | | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---------|-------------|-----|------|--------|
| Novisphere PE 254 Mounting Hardware | Stud/Joist | 63 | 93.00 | 5,859.00 |
| Novisphere PE 254 Mounting Hardware | Column | 32 | 217.00 | 6,944.00 |
| Novisphere PE 254 Mounting Hardware | Concrete | 25 | 98.00 | 2,450.00 |

|  |  | TOTAL | | $15,253.00 |
|--|--|-------|--|-----------|

Approved By _____

Date _____

**NOVISPHERE LLC**

700 Nicholas Blvd Ste 300
Elk Grove Village, IL  60007
US
ap@novi-sphere.com

## Purchase Order

| VENDOR | SHIP TO | | |
|---|---|---|---|
| Steve Lemons | NOVISPHERE LLC | P.O. | 1017 |
| Collabratech Solutions | 700 Nicholas Blvd Ste 300 | DATE | 02/06/2021 |
| 3451 E Harbour Drive | Elk Grove Village, IL  60007 | | |
| Phoenix, Az  85034 USA | US | | |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Novisphere PE 254 Product Design | NRE for all UL requirements - New Fan, Shielding, Cables, etc | 1 | 24,990.00 | 24,990.00 |
| | TOTAL | | | $24,990.00 |

Approved By

Date

## NoviSphere LLC
**Tel: 224-542-9668**
**mbradbury@bancroft-ae.com**

| VENDOR | SHIP TO | PURCHASE ORDER |
|---|---|---|
| CTS | NoviSphere | **ORDER #:** 1032 |
| CollabraTechSoultions | | **ORDER DATE:** 3/11/2021 |
| 3451 E. Harbour Dr | | **TERMS:** Progess Billing |
| Phoenix AZ 85034 | | |

NOTES:     Kit, Mounting, Stud, Metal, 11000199

| ITEM | DESCRIPTION | | UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Product: | Parts | | 25.00 | $96.00 | $2,400.00 |
| | | **1032 TOTAL:** | **25.00** | | **$2,400.00** |

**Authorized by:** _____

**GROUPED BY**          Invoice

# NoviSphere LLC

Tel: **224-542-9668**
mbradbury@bancroft-ae.com

| **VENDOR** | **SHIP TO** | **PURCHASE ORDER** |
|---|---|---|
| CTS | NoviSphere | **ORDER #:** 1033 |
| CollabraTechSoultions | | **ORDER DATE:** 3/26/2021 |
| 3451 E. Harbour Dr | | **TERMS:** Net 30 |
| Phoenix AZ 85034 | | |

| ITEM | DESCRIPTION | | UNITS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Product: | Shipping | | 1.00 | $5,467.00 | $5,467.00 |
| Product: | Non-Recurring Engineering | | 1.00 | $16,326.00 | $16,326.00 |
| | | **1033 TOTAL:** | **2.00** | | **$21,793.00** |

Authorized by:_____

**GROUPED BY**        **Invoice**

Core Standard Report Copyright © 2021 BOE Software                    3/26/2021

## NoviSphere LLC
**Tel: 224-542-9668**
mbradbury@bancroft-ae.com

**VENDOR**

CTS
CollabraTechSoultions
3451 E. Harbour Dr
Phoenix AZ 85034

**SHIP TO**

NoviSphere

# PURCHASE ORDER

**ORDER #:** 1034
**ORDER DATE:** 3/31/2021
**TERMS:** 65% Net 30

| ITEM | DESCRIPTION | UNITS | RATE | AMOUNT |
|------|-------------|-------|------|--------|
| Product: | 31002119 - Cradle | 10.00 | $42.81 | $428.10 |
| Product: | 31002002 - Cradle | 10.00 | $38.75 | $387.50 |
| Product: | 65100428 - Cable | 3.00 | $36.63 | $109.89 |
| Product: | 61000857 - Lamp | 30.00 | $18.40 | $552.00 |
| | **1034 TOTAL:** | **53.00** | | **$1,477.49** |

Authorized by:_____

GROUPED BY          Invoice

Core Standard Report Copyright © 2021 BQE Software

EXHIBIT 2

| SO / Date | PO | Qty | Unit Price | Extended Price ($1,123,853) | Invoice | Qty | Date | Amount ($669,019) | Status | Terms | Invoice | Date | Cash Received ($425,161) | Open Liability ($698,692.00) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11092 11/5/2020 Net 30 | 1001 | | | | | | | | | | | | | |
| | Phase 1 | 1 | $32,500.00 | $32,500.00 | 25402 | 1 | 9/3/2020 | $37,665.00 | Invoiced | Net 30 | 25402 | 10/2/2020 | $37,665.00 | |
| | Phase 1 Expenses | 1 | $5,165.00 | $5,165.00 | 25429 | 1 | 9/15/2020 | $31,250.00 | Invoiced | Net 30 | 25429 | 11/23/2020 | $31,250.00 | |
| | Phase 2 | 1 | $31,250.00 | $31,250.00 | 25523 | 1 | 10/21/2020 | $29,000.00 | Invoiced | Net 30 | 25523 | 12/3/2020 | $29,000.00 | |
| | Phase 3 | 1 | $27,500.00 | $27,500.00 | 25543 | 1 | 10/30/2020 | $50,000.00 | Invoiced | Net 30 | 25543 | 1/4/2021 | $50,000.00 | |
| | Phase 4 | 1 | $1,500.00 | $1,500.00 | 25836 | 1 | 4/1/2020 | $12,000.00 | Invoiced | Net 30 | 25836 | 7/2/2021 | $12,000.00 | |
| | Phase 4 Expenses | 1 | $10,000.00 | $10,000.00 | | | | | | | | | | |
| | Phase 4 Expenses | 1 | $10,000.00 | $10,000.00 | | | | | | | | | | |
| | Phase 4 Expenses | 1 | $10,000.00 | $10,000.00 | | | | | | | | | | |
| | Phase 4 Expenses | 1 | $10,000.00 | $10,000.00 | | | | | | | | | | |
| | Phase 4 Expenses | 1 | $10,000.00 | $10,000.00 | | | | | | | | | | |
| | Phase 5 Manuals | 1 | $12,000.00 | $12,000.00 | | | | | | | | | | |
| | **Total** | | | $159,915.00 | | | | $159,915.00 | | | | | $159,915.00 | $0.00 |
| 11243 11/5/2020 Due upon receipt | 1010 | | | | | | | | | | | | | |
| | 11000199-Novisphere Industrial – Pre-Production Unit | 10 | $5,700.00 | $57,000.00 | 25627 | 1 | 12/18/2020 | $13,000.00 | Invoiced | Deposit | 25627 | 2/19/2021 | $13,000.00 | |
| | NRE-DEVELOPMENT-Novisphere Industrial Unit Fabrication and Assembly Development | 1 | $13,000.00 | $13,000.00 | 25759 | 3 | 3/1/2021 | $17,100.00 | Invoiced | Net 30 | 25759 | 9/8/2021 | $17,100.00 | |
| | | | | | 25759 | 5 | 3/1/2021 | $28,500.00 | Invoiced | Net 30 | 25759 | 9/8/2021 | $28,500.00 | |
| | | | | | 25759 | 2 | 3/1/2021 | $11,400.00 | Invoiced | Net 30 | | | | |
| | **Total** | | | $70,000.00 | | | | $70,000.00 | | | | | $58,600.00 | $11,400.00 |
| 11244 11/5/2020 35% ARO 65% NET 30 | 1011 | | | | | | | | | | | | | |
| | 11000199-ASSY,1000UV,AIRSANITIZER,INDUSTRIAL | 150 | $4,400.00 | $660,000.00 | 10313 | 1 | 11/19/2020 | $233,100.00 | Invoiced | 35% deposit | 10313 | 3/17/2021 | $60,000.00 | |
| | PRICE INCREASE DUE TO UL CHANGES | 150 | $200.00 | $30,000.00 | 10313-A | 1 | 3/24/2021 | $8,400.00 | Invoiced | 35% deposit | 10313 | 4/30/2021 | $30,000.00 | |
| | | | | | 15786 | 5 | 3/13/2021 | $14,950.00 | Invoiced | 65% Net 30 | 15786 | 8/28/2021 | $ 13,620.00 | |
| | | | | | 15786 | 5 | 3/17/2021 | $14,950.00 | Invoiced | 65% Net 30 | 15787 | 9/3/2021 | $ 22,500.00 | |
| | | | | | 15786 | 2 | 3/17/2021 | $5,980.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15787 | 2 | 3/24/2021 | $5,980.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15787 | 3 | 3/24/2021 | $8,970.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15788 | 1 | 4/6/2021 | $2,990.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15788 | 3 | 4/6/2021 | $8,970.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15788 | 2 | 4/6/2021 | $5,980.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15789 | 1 | 7/1/2021 | $2,990.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15789 | 3 | 7/1/2021 | $8,970.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15789 | 2 | 7/1/2021 | $5,980.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15789 | 2 | 7/1/2021 | $5,980.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15791 | 1 | 11/19/2021 | $2,990.00 | Invoiced | 65% Net 30 | | | | |
| | | | | | 15791 | 2 | 11/19/2021 | $5,980.00 | Invoiced | 65% Net 30 | | | | |
| | **Total** | | | $690,000.00 | | | | $343,160.00 | | | | | $126,120.00 | $563,880.00 |
| 11259 11/24/2020 Net 30 | 1012 | | | | | | | | | | | | | |
| | PE 254 PRODUCT DESIGN - BALLAST CHANGE | 1 | $9,500.00 | $9,500.00 | 25588 | 1 | 11/24/2020 | $10,500.00 | Invoiced | Deposit | 25588 | 2/19/2021 | $10,000.00 | |
| | PE 254 PRODUCT DESIGN - SCRAP | 1 | $1,000.00 | $1,000.00 | | | | | | | 25588 | 7/2/2021 | $ 100.00 | |
| | | | | | | | | | | | 25588 | 9/8/2021 | $400.00 | |
| | **Total** | | | $10,500.00 | | | | $10,500.00 | | | | | $10,500.00 | $0.00 |
| 11260 11/24/2020 Net 30 | 1013 | | | | | | | | | | | | | |
| | PE 254 PRODUCT DESIGN - INSTALL KITS | 1 | $4,000.00 | $4,000.00 | 10318 | 1 | 11/24/2020 | $5,950.00 | Invoiced | 35% Deposit | 10318 | 2/19/2021 | $17,000.00 | |
| | PE 254 PRODUCT DESIGN - INSTALL KITS CALCS | 1 | $13,000.00 | $13,000.00 | 10320 | 1 | 1/11/2021 | $11,050.00 | Invoiced | 65% | 10320 | 2/19/2021 | | |
| | **Total** | | | $17,000.00 | | | | $17,000.00 | | | | | $17,000.00 | $0.00 |
| 11362 3/1/2021 Net 30 | 1015 | | | | | | | | | | | | | |
| | NRE Novisphere PE 254 Cart | 1 | $3,000.00 | $3,000.00 | 25760 | 1 | 3/1/2021 | $3,000.00 | Invoiced | Net 30 | 25760 | 7/2/2021 | $ 3,000.00 | |
| | 21002016 Cart Kit | 25 | $850.00 | $21,250.00 | 25787 | 5 | 3/16/2021 | $4,250.00 | Invoiced | Net 30 | | | | |
| | | | | | 25915 | 8 | 5/3/2021 | $6,800.00 | Invoiced | Net 30 | | | | |
| | **Total** | | | $24,250.00 | | | | $14,050.00 | | | | | $3,000.00 | $21,250.00 |
| 11363 2/3/2021 Net 30 | 1016 | | | | | | | | | | | | | |
| | 21001003 - Mounting Kit | 25 | $98.00 | $2,450.00 | 25729 | 1 | 2/15/2021 | $98.00 | Invoiced | Net 30 | 25729 | 9/8/2021 | $98.00 | |
| | 21001004 - Stud Joist | 63 | $93.00 | $5,859.00 | 25729 | 1 | 2/15/2021 | $93.00 | Invoiced | Net 30 | 25729 | 9/8/2021 | $93.00 | |
| | 21001005 - Column | 32 | $217.00 | $6,944.00 | 25729 | 1 | 2/15/2021 | $217.00 | Invoiced | Net 30 | 25729 | 9/8/2021 | $217.00 | |
| | | | | | 25837 | 8 | 3/31/2021 | $744.00 | Invoiced | Net 30 | 25837 | 9/8/2021 | $744.00 | |
| | | | | | 25788 | 6 | 3/12/2021 | $588.00 | Invoiced | Net 30 | 25788 | 9/8/2021 | $588.00 | |
| | | | | | 25788 | 6 | 3/12/2021 | $558.00 | Invoiced | Net 30 | 25788 | 9/8/2021 | $558.00 | |
| | | | | | 25788 | 1 | 3/12/2021 | $217.00 | Invoiced | Net 30 | 25788 | 9/8/2021 | $217.00 | |
| | | | | | 25920 | 7 | 5/3/2021 | $686.00 | Invoiced | Net 30 | | | | |
| | | | | | 25920 | 7 | 5/3/2021 | $651.00 | Invoiced | Net 30 | | | | |
| | | | | | 25920 | 7 | 5/3/2021 | $1,519.00 | Invoiced | Net 30 | | | | |
| | | | | | 26234 | 2 | 9/7/2021 | $186.00 | Invoiced | Net 30 | | | | |
| | | | | | 26432 | 6 | 11/19/2021 | $558.00 | Invoiced | Net 30 | | | | |
| | **Total** | | | $15,253.00 | | | | $6,115.00 | | | | | $2,515.00 | $12,738.00 |
| 11369 2/8/2021 Net 30 | 1017 | | | | | | | | | | | | | |
| | NRE for UL (FAN, SHIELDING, CABLES, ETC.) | 1 | $24,990.00 | $24,990.00 | 25718 | 1 | 2/9/2021 | $24,990.00 | Invoiced | Net 30 | 25718 | 7/2/2021 | $ 24,990.00 | |
| | **Total** | | | $24,990.00 | | | | $24,990.00 | | | | | $24,990.00 | $0.00 |
| 11425 3/17/2021 Net 30 | 1032 | | | | | | | | | | | | | |
| | 21001036 - Mounting Kit, Stud, Metal | 25 | $96.00 | $2,400.00 | 25785 | 1 | 3/17/2021 | $96.00 | Invoiced | Net 30 | | | | |
| | | | | | 25919 | 7 | 5/3/2021 | $672.00 | Invoiced | Net 30 | | | | |

| | | | | Total | | $2,400.00 | | | | | $768.00 | | | | | | $0.00 | | $2,400.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11472 | 4/6/2021 | 1033 | | | | | | | | | | | | | | | | | |
| | Net 30 | Non-Recurring Engineering | | 1 | $16,326.00 | $16,326.00 | | 25838 | 1 | 4/6/2021 | $16,326.00 | Invoiced | Net 30 | | 25838 | 7/2/2021 | $ 16,326.00 | | |
| | | Shipping | | 1 | $5,467.00 | $5,467.00 | | 25838 | 1 | 4/6/2021 | $5,467.00 | Invoiced | Net 30 | | 25838 | 7/2/2021 | $ 5,467.00 | | |
| | | | Total | | | $21,793.00 | | | | | $21,793.00 | | | | | | $21,793.00 | | $0.00 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11481 | 4/7/2021 | 1034 | | | | | | | | | | | | | | | | | |
| | Net 30 | Lamp, GUV, 254NM FLUX | | 30 | $18.40 | $552.00 | | 25847 | 30 | 4/7/2021 | $552.00 | Invoiced | Net 30 | | 25847 | 7/2/2021 | $ 552.00 | | |
| | | 65100428 Cradle | | 3 | $36.63 | $125.17 | | 25847 | 1 | 4/7/2021 | $50.62 | Invoiced | Net 30 | | 25847 | 7/2/2021 | $ 50.62 | | |
| | | Shipping | | 1 | $50.62 | $50.62 | | 25934 | 3 | 5/10/2021 | $125.17 | Invoiced | Net 30 | | 25934 | 7/2/2021 | $ 125.17 | | |
| | | | Total | | | $727.79 | | | | | $727.79 | | | | | | $727.79 | | $0.00 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/1/2021 | 1014 | | | | | | | | | | | | | | | |
| Novisphere Air Materials | | Novisphere PE 254 Light Set-3 Lamps Part #61000857 and 2 Ballasts Part #61000816 | 592 | $147.00 | $87,024.00 | | note: Original P.O. obligation was $150,675, mitigated down to $87,024 | | | | | | | | $0.00 | | $87,024.00 |
| Liability | | | Total | | | $87,024.00 | | | | | | | | | | | |